NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3019

DARRALYN C. COUNCIL,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752090091-I-1.

ON MOTION

Before SCHALL, Circuit Judge.

## ORDER

Darralyn C. Council moves to strike the Department of Veterans Affairs' "agency file" as inadmissible and seeks other relief.

To the extent that Council is arguing the merits of his petition, he should put those arguments in his brief. If Council seeks copies of documents that were before the Merit Systems Protection Board, any such request must be made to the Board.

Accordingly,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

JAN 0 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Darralyn C. Council
    Elizabeth A. Speck, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JAN 0 8 2010

JAN HORBALY
CLERK